IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02615-WYD-CBS

MAHMOOD U. HASSAN,

    Plaintiff,

v.

ASTRAZENECA, LP and
DIANE KANSKI,

    Defendants

---

## ~~PROPOSED~~ ORDER

---

THE COURT, having first reviewed the Stipulated Motion for Amendment of Scheduling Order and being fully advised hereby grants the Stipulation and modifies the Scheduling Order as follows:

    7. CASE PLAN AND SCHEDULE.

        D.     Expert Witness Disclosure

        (3)     the parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 8, 2005;

        (4)     the parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 8, 2005.

BY THE COURT:

_____
Magistrate Judge

July 27, 2005

00211974 / 1

RE: #25