IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-2615 (CBS)

MAHMOOD U. HASSAN,

    Plaintiff(s),

v.

ASTRAZENECA, L.P.; and
DIANE KANSKI,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

The parties have filed a Stipulated Dismissal with Prejudice on September 6, 2005. After a careful review of the Stipulated Dismissal and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorneys' fees.

Dated this <u>6th</u> day of September, 2005.

                                BY THE COURT:


                                s\ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge